UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br>v.<br><br>FOASBERG LAUNDRY AND CLEANERS,<br>INC., a California corporation,<br>Defendants. | NO.  C17-299-RSL<br><br>JUDGMENT |

**Summary of Judgment**

Judgment Creditor:              Northwest Administrators, Inc.
Judgment Debtors:              Foasberg Laundry and Cleaners, Inc.
Principal Judgment Amount:    $16,279.59
Liquidated Damages            $3,255.92
Interest to Date of Judgment:   $245.49
Attorneys Fees:                $879.15
Costs:                        $560.00
Other Recovery Amounts:        NONE
Percent Interest on Principal:   3.75% per annum
Interest Rate on Costs:         NONE
Attorneys for Judgment
 Creditor:                     Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment

against the Defendants, Plaintiff being represented by its attorney, Russell J. Reid of Reid,

McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having

reviewed the records and file herein, including the declaration of Donald Ditter and the

exhibits thereto and the declaration of Russell J. Reid and the exhibits thereto in support of

Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded

judgment against Defendant in the amounts hereinafter listed, which amounts are due the

Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining

unit represented by Local 495 with which the Defendants have a valid collective bargaining

agreement, and which amounts are due by reason of its specific acceptance of the

Declarations of Trust:  for withdrawal liability of $16,279.59, for liquidated damages of

$3,255.92, for pre-judgment interest of $245.49, for attorneys' fees of $879.15, and for

costs of $560.00; all for a total of $21,220.15, together with interest accruing thereupon at

the rate of 3.75% per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 31st day of May, 2017.

Robert S. Lasnik
United States District Judge